UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NATIONAL RAILROAD PASSENGER CORP.,

        Plaintiff,

- against -

T.C. JOHNSON COMPANY, TRANSPORTATION
RESOURCES INC., MITCHELL EQUIPMENT
CORPORATION, TEREX CORPORATION,
KOEHRING CRANES, INC. d/b/a TEREX CRANES
WAVERLY, and TEREX CRANES, INC.,

        Defendant.
-----------------------------------------------------------------X

RULE 7.1 STATEMENT

'07 CIV 6288



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant National Railroad Passenger Corporation a/k/a Amtrak certifies that the following are parent companies, subsidiaries or affiliates of Amtrak which have any outstanding securities in the hands of the public:

> Amtrak, a corporation providing intercity passenger rail service, has no parent company. However, American Premiere Underwriters, Inc. and Burlington Northern Santa Fe Railroad Company own 10% or more of Amtrak's stock.

These representations are made in order that the judges of this court may determine the need for recusal.

Dated:    New York, New York
              July 9, 2007

                            Respectfully submitted,

                            LANDMAN CORSI BALLAINE & FORD P.C.

By: _____
Ronald E. Joseph (RJ 9302)
Sophia Ree (SR 3820)
Attorneys for Defendant Amtrak
120 Broadway, 27th Floor
New York, New York 10271-0079
(212) 238-4800

444192.1 DocsNY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No.                Year

NATIONAL RAILROAD PASSENGER CORP.,

                                        Plaintiff,

v.

T.C. JOHNSON COMPANY, TRANSPORTATION RESOURCES, INC., MITCHELL EQUIPMENT CORPORATION, TEREX CORPORATION, KOEHRING CRANES, INC., d/b/a TEREX CRANES WAVERLY, AND TEREX CRANES, INC.,

                                        Defendants.

---

RULE 7.1 DISCLOSURE

---

Signature (Rule 130-1.1-a)

Print name beneath

LANDMAN CORSI BALLAINE & FORD P.C.
*Attorneys for*            Plaintiff
*Office and Post Office Address, Telephone*
120 Broadway
NEW YORK, N.Y. 10271-0079
(212) 238-4800
FAX: (212) 238-4848

To

*Attorney(s) for*

Service of a copy of the within is hereby admitted.
Dated

*Attorney(s) for*

---

NOTICE OF ENTRY

PLEASE take notice that the within is a (*certified*) true copy of a duly entered in the office of the clerk of the within named court on

Dated,

Yours, etc.

LANDMAN CORSI BALLAINE & FORD P.C.
*Attorneys for*
*Office and Post Office Address*
120 Broadway
NEW YORK, N.Y. 10271-0079

To

*Attorney(s) for*

---

NOTICE OF SETTLEMENT

PLEASE take notice that an order of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court, at
on            M.
at
Dated,
Yours, etc.

LANDMAN CORSI BALLAINE & FORD P.C.
*Attorneys for*
*Office and Post Office Address*
120 Broadway
NEW YORK, N.Y. 10271-0079

To

*Attorney(s) for*