UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
National Railroad Passenger Cortp.,

        Plaintiff,

   -against-

T.C. Johnson Company, et al.,

        Defendants.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 7 2007

07 Civ. 6288 (PAC)
**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ **General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)**

____ Specific Non-Dispositive Motion/Dispute:*
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e. motion requiring a Report and Recommendation)

========================================================================

* Do not check if already referred for general pretrial

SO ORDERED

_/s/ Paul A. Crotty_
Paul A. Crotty
United States District Judge

DATED: New York, New York
July 17, 2007