**Alstate Process Service Inc.**
60 BURT DRIVE
DEER PARK, NEW YORK 11729
631/667-1800

LANDMAN CORSI BALLAINE & FORD P.C.
CASE # T.C. JOHNSON 0710
Date Received: 07/10/07

UNITED STATES SOUTHERN DISTRICT COURT
COUNTY OF NEW YORK

INDEX NO.: 07 CIV 6288

NATIONAL RAILROAD PASSENGER CORP.

*Plaintiff(s)*

against

T.C. JOHNSON COMPANY, ET AL

*Defendant(s)*

**AFFIDAVIT OF SERVICE**

STATE OF OHIO    COUNTY OF Lucas    ss.:

Christopher Theiss being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in The State of ~~New York~~ OHIO

That on 7/23/07 @ 3:31 am/**pm** @ 5275 N. Ann Arbor Rd Dundee MI 48131 deponent served the within SUMMONS AND COMPLAINT bearing Index# 07 CIV 6288 & filing date 07/09/07 on MITCHELL EQUIPMENT CORPORATION defendant therein named,

**INDIVIDUAL** ☐ by delivering thereat a true copy of each to said defendant personally; deponent knew said person so served to be the person described as said defendant therein. (S)He identified (her) himself as such.

**CORPORATION** ☒ a Domestic Mechanical device Equipment corporation, by delivering thereat a true copy of each to Estel Lovitt personally; deponent knew said corporation so served to be the corporation described as the named defendant and knew said individual to be the President Mitchell Equipment Corporation thereof an authorized person to accept service of process

**SUITABLE AGE PERSON** ☐ by delivering thereat a true copy of each to _____ a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant's and the reply was affirmative.

**AFFIXING TO DOOR, ETC.** ☐ by affixing a true copy of each to the door of said premises, which is defendant's within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having verified defendant's _____ with _____ and having called there on _____

**MAILING** ☐ On Estel Lovitt President deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant at defendant's and deposited said wrapper in a post office of the United States Postal Service.

**DESCRIPTION** Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| Male | Caucasian | White/Balding | 50's | 5'5" | 120 |

Other identifying features: Balding

**USE IN NYC CIVIL CT.** ☐ The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

**MILITARY SERVICE** ☐ I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or Federal statutes.

**NOTARY**
SWORN TO BEFORE ME ON 07/23/07

Lucy A. Schwartz
Notary Public

MY COMMISSION EXPIRES 10/17/09

[NOTARIAL SEAL STATE OF OHIO]

LUCY A. SCHWARTZ
Notary Public, State of Ohio
My Commission Expires 10-17-2009

SERVER Christopher R. Theiss
LICENSE NO. N/A