UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NATIONAL RAILROAD PASSENGER CORP.,

                Plaintiff,

-against-

T.C. JOHNSON COMPANY,
TRANSPORTATION RESOURCES INC.,
MITCHELL EQUIPMENT CORPORATION,
TEREX CORPORATION, KOEHRING
CRANES, INC. d/b/a TEREX CRANES
WAVERLY, and TEREX CRANES, INC.,

                Defendants.
------------------------------------------------------------------------X

Civil Action No.:
07 CIV 6288

**DEFENDANT TRANSPORTATION RESOURCES, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Fed. R. Civ. P. 7.1, defendant Transportation Resources, Inc. identifies that it does not have any publicly-held parent corporations and no publicly-held corporation owns ten percent or more of its stock.

Dated: New York, New York
       August 17, 2007

                                      Respectfully Submitted,

                                      SEDGWICK, DETERT, MORAN & ARNOLD LLP

                  By: _____
                           Scott L. Haworth (SH-5890)
                     Attorneys for Defendant
                     Transportation Resources Inc.
                     125 Broad Street, 39th Floor
                     New York, New York 10004-2400
                     Telephone: (212) 422-0202
                     Facsimile: (212) 422-0925

**CERTIFICATE OF SERVICE**

    I, Scott Haworth, hereby certify and affirm that a true and correct copy of the attached **DEFENDANT TRANSPORTATION RESOURCES, INC.'S RULE 7.1 DISCLOSURE STATEMENT** was served via regular mail on this 17th day of August, 2007, upon the following:

Ronald E. Joseph, Esq.
Landman, Corsi, Ballaine & Ford P.C.
Attorneys for Plaintiff
National Railroad Passenger Corp.
120 Broadway, 27th Floor
New York, New York 10271-0079
(212) 238-4800

Eugene T. Boulé, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
Attorneys for Defendant
Mitchell Equipment Corporation
150 East 42nd Street
New York, New York 10017
(212) 490-3000

Dominic Paul Bianco
Gallagher Walker Bianco & Plastaras
Attorneys for Defendants T.C. Johnson Company, Terex Corporation,
Koehring Cranes, Inc. d/b/a Terex Cranes Waverly
and Terex Cranes, Inc.
98 Willis Avenue
Mineola, New York 11501
(516) 248-2002

_____
SCOTT L. HAWORTH (SLH-5890)

Dated: New York, New York
       August 17, 2007