UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

NATIONAL RAILROAD PASSENGER CORP.,                    Case No. 07 CV 6288

                 Plaintiff,

    -against-                                              **NOTICE OF APPEARANCE**

T.C. JOHNSON COMPANY, TRANSPORTATION
RESOURCES INC., MITCHELL EQUIPMENT
CORPORATION, TEREX CORPORATION, KOEHRING
CRANES, INC. d/b/a TEREX CRANES WAVERLY, and
TEREX CRANES, INC.,

                 Defendants.
------------------------------------------------------------------------ X

**THE CLERK OF THIS COURT AND ALL COUNSEL :**

    **PLEASE TAKE NOTICE,** that the undersigned hereby appears as notice counsel for

MITCHELL EQUIPMENT CORPORATION, in the above-entitled action.  It is requested that

all papers and notifications in this action be served upon the undersigned at the office and post

office address stated below.

Dated:    New York, New York
           August 21, 2007

                              Yours, etc.

             WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                       By: _Margaret Murphy_
                         Margaret M. Murphy (MM7529)
                         Attorneys for Defendant
                         MITCHELL EQUIPMENT
                         CORPORATION
                         150 East 42nd Street
                         New York, New York 10017-5639
                         (212) 490-3000
                         File No.  06294.00238

2925886.1

TO:
LANDMAN CORSI BALLAINE & FORD P.C.
Attorneys for Plaintiff
NATIONAL RAILROAD PASSENGER CORP.
120 Broadway, 27th Floor
New York, NY 10271-0079

SEDGWICK, DETERT, MORAN & ARNOLD, LLP
Attorneys for the Defendants
TRANSPORTATION RESOURCES
125 Broad Street
New York, NY 10271

GALLAGHER, WALKER, BIANCO & PLASTARAS, ESQ.
Attorneys for Defendants
TEREX CORPORATION, KOEHRING CRANES, INC. d/b/a
TEREX CRANES WAVERLY and TEREX CRANES, INC.
98 Willis Avenue
Mineola, New York 11501

2925886.1