UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

NATIONAL RAILROAD PASSENGER CORP.,                Case No. 07 CV 6288

              Plaintiff,

    -against-                                                       **RULE 7.1 STATEMENT**

T.C. JOHNSON COMPANY, TRANSPORTATION
RESOURCES INC., MITCHELL EQUIPMENT
CORPORATION, TEREX CORPORATION, KOEHRING
CRANES, INC. d/b/a TEREX CRANES WAVERLY, and
TEREX CRANES, INC.,

              Defendants.
------------------------------------------------------------------------ X

     **PLEASE TAKE NOTICE**, that, upon information and belief, defendant MITCHELL EQUIPMENT CORPORATION is not a publicly held corporation or other publicly held entity and does not have any parent corporation.

     Defendant reserves the right, pursuant to Rule 7.1(b)(2) to amend this statement as appropriate.

Dated:    New York, New York
             August 21, 2007

                                            Yours, etc.

                        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                        By: _____
                            Margaret M. Murphy (MM7529)
                            Attorneys for Defendant
                            MITCHELL EQUIPMENT
                            CORPORATION
                            150 East 42nd Street
                            New York, New York 10017-5639
                            (212) 490-3000
                            File No. 06294.00238

2925885.1

TO:  LANDMAN CORSI BALLAINE & FORD P.C.
     Attorneys for Plaintiff
     NATIONAL RAILROAD PASSENGER CORP.
     120 Broadway, 27th Floor
     New York, NY 10271-0079

     SEDGWICK, DETERT, MORAN & ARNOLD, LLP
     Attorneys for the Defendant
     TRANSPORTATION RESOURCES
     125 Broad Street
     New York, NY 10271

     GALLAGHER, WALKER, BIANCO & PLASTARAS, ESQ.
     Attorneys for Defendants
     TEREX CORPORATION, KOEHRING CRANES, INC. d/b/a
     TEREX CRANES WAVERLY and TEREX CRANES, INC.
     98 Willis Avenue
     Mineola, New York 11501

2925885.1