UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
NATIONAL RAILROAD PASSENGER CORP.,

                Plaintiff,

-against-

T.C. JOHNSON COMPANY, TRANSPORTATION RESOURCES INC., MITCHELL EQUIPMENT CORPORATION, TEREX CORPORATION, KOEHRING CRANES, INC. d/b/a TEREX CRANES WAVERLY, and TEREX CRANES, INC.,

                Defendants.
-----------------------------------------------------------------------X

Civil Action No.:
07 CIV 6288

**DEFENDANT TRANSPORTATION RESOURCES, INC.'S ANSWER TO CROSS-CLAIM OF DEFENDANT MITCHELL EQUIPMENT CORPORATION.**

Defendant TRANSPORTATION RESOURCES, INC. ("TRI"), by its attorneys, SEDGWICK, DETERT, MORAN & ARNOLD, LLP, as and for its Answer to the Cross-Claim, alleges upon information and belief as follows:

### ANSWERING EACH AND EVERY CAUSE OF ACTION OF THE CROSS-CLAIM

1.    Denies each and every allegation contained in paragraphs "290," "291," "292," and "293" of MITCHELL's cross-claim as to TRANSPORTATION RESOURCES, INC.

**WHEREFORE**, the defendant, TRANSPORTATION RESOURCES, INC. hereby demands judgment dismissing cross-claim of MITCHELL EQUIPMENT CORPORATION,

together with costs and disbursements of this action.

Dated: New York, New York
August 30, 2007

Yours, etc.

_____
SCOTT L. HAWORTH (SH 5890)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
Attorneys for Defendant
TRANSPORTATION RESOURCES, INC.
Offices and Post Office Address
125 Broad Street
New York, New York 10004
(212) 422-0202
Facsimile: (212) 422-0925

TO:

Ronald E. Joseph, Esq.
Landman, Corsi, Ballaine & Ford P.C.
Attorneys for Plaintiff
National Railroad Passenger Corp.
120 Broadway, 27th Floor
New York, New York 10271-0079
(212) 238-4800

Eugene T. Boulé, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
Attorneys for Defendant
Mitchell Equipment Corporation
150 East 42nd Street
New York, New York 10017
(212) 490-3000

Dominic Paul Bianco
Gallagher Walker Bianco & Plastaras
Attorneys for Defendants
Terex Corporation, Koehring Cranes, Inc.
d/b/a Terex Cranes Waverly and Terex Cranes, Inc.
98 Willis Avenue
Mineola, New York 11501
(516) 248-2002

## CERTIFICATE OF SERVICE

I, Scott Haworth, hereby certify and affirm that a true and correct copy of the attached **DEFENDANT TRANSPORTATION RESOURCES INC.'S ANSWER TO CROSS-CLAIM OF DEFENDANTS MITCHELL EQUIPMENT CORPORATION.** was served via regular mail on this 30th day of August, 2007, upon the following:

Ronald E. Joseph, Esq.
Landman, Corsi, Ballaine & Ford P.C.
Attorneys for Plaintiff
National Railroad Passenger Corp.
120 Broadway, 27th Floor
New York, New York 10271-0079
(212) 238-4800

Eugene T. Boulé, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
Attorneys for Defendant
Mitchell Equipment Corporation
150 East 42nd Street
New York, New York 10017
(212) 490-3000

Dominic Paul Bianco
Gallagher Walker Bianco & Plastaras
Attorneys for Defendants Terex
Corporation, Koehring Cranes, Inc.
d/b/a Terex Cranes Waverly and Terex
Cranes, Inc.
98 Willis Avenue
Mineola, New York 11501
(516) 248-2002

_____
SCOTT L. HAWORTH (SLH-5890)

Dated: New York, New York
August 30, 2007

Civil Action No.: 07 CIV 6288

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NATIONAL RAILROAD PASSENGER CORP.,

Plaintiff,

- against -

T.C. JOHNSON COMPANY; TRANSPORTATION RESOURCES INC.; MITCHELL EQUIPMENT CORP.; TEREX CORP.; KOEHRING CRANES, INC. d/b/a TEREX CRANES WAVERLY, and TEREX CRANES, INC.,

Defendants

DEFENDANT TRANSPORTATION RESOURCES INC.'S ANSWER TO CROSS-CLAIM OF DEFENDANT MITCHELL EQUIPMENT CORPORATION

SEDGWICK, DETERT, MORAN & ARNOLD LLP
*Attorney(s) for* Defendant TRANSPORTATION RESOURCES INC.

*Offices and Post Office Address*
125 BROAD STREET
NEW YORK, N.Y. 10004
Tel. (212) 422-0202

To

Attorney(s) for Plaintiff

Service of a copy of the within _____ is hereby admitted.

Dated,

Attorney(s) for

───────────── NOTICE OF ENTRY ─────────────

Sir:-Please take notice that the within is a (*certified*) true copy of a duly entered in the office of the clerk of the within named court on

Dated,

Yours, etc.,

SEDGWICK, DETERT, MORAN & ARNOLD LLP
*Attorney(s) for* Defendant

*Offices and Post Office Address*
125 BROAD STREET
NEW YORK, N.Y. 10004

To

Attorneys for

───────────── NOTICE OF SETTLEMENT ─────────────

Sir:-Please take notice that an order of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court, at

on

at

Dated,

Yours, etc.,

SEDGWICK, DETERT, MORAN & ARNOLD LLP
*Attorney(s) for* Defendant

*Offices and Post Office Address*
125 BROAD STREET
NEW YORK, N.Y. 10004

To

Attorney(s) for

NY/506706v1