UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
NATIONAL RAILROAD PASSENGER CORP.,                    Case No. 07 CV 6288

                   Plaintiff,

    -against-                                              **ANSWER TO CROSS-CLAIM**
                                       **OF TRANSPORTATION**
T.C. JOHNSON COMPANY, TRANSPORTATION                  **RESOURCES, INC.**
RESOURCES INC., MITCHELL EQUIPMENT
CORPORATION, TEREX CORPORATION, KOEHRING
CRANES, INC. d/b/a TEREX CRANES WAVERLY, and
TEREX CRANES, INC.,

                 Defendants.

-------------------------------------------------------------------- X

     Defendant, MITCHELL EQUIPMENT CORPORATION, by and through its attorneys
Wilson, Elser, Moskowitz, Edelman & Dicker LLP, as and for its Answer to the Cross Claim,
alleges upon information and belief as follows:


    1.    MITCHELL EQUIPMENT CORPORATION denies each and every allegation
contained in paragraphs "299" and "300" of TRANSPORTATION RESOURCES, INC.'s cross
claim alleged as against MITCHELL EQUIPMENT CORP. and respectfully refers all questions
of law to this Honorable Court.

**WHEREFORE**, the defendant, MITCHELL EQUIPMENT CORPORATION, demands

judgment dismissing the cross claim of TRANSPORTATION RESOURCES, INC. together with

attorneys' fees, costs and disbursements of this action.

Dated:     New York, New York
           September 4, 2007

                              Yours, etc.

           WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


                    By: _____
                         Margaret M. Murphy (MM7829)
                         Attorneys for Defendant
                         MITCHELL EQUIPMENT
                         CORPORATION
                         150 East 42nd Street
                         New York, New York 10017-5639
                         (212) 490-3000
                         File No.  06294.00238

TO:

LANDMAN CORSI BALLAINE & FORD P.C.
120 Broadway, 27th Floor
New York, NY 10271-0079

SEDGWICK, DETERT, MORAN & ARNOLD, LLP
125 Broad Street
New York, NY 10271

GALLAGHER, WALKER, BIANCO & PLASTARAS, ESQ.
98 Willis Avenue
Mineola, New York 11501

2935112.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK )

Selina Hughes, being duly sworn, deposes, and says: that deponent is not a party to the action, is over 18 years of age and resides in New York County.

That on the 4th day of September, 2007 deponent served the within *DEFENDANT MITCHELL EQUIPMENT CORPORATION's ANSWER TO CROSS-CLAIM OF TRANSPORATION RESOURCES, INC.* upon:

LANDMAN CORSI BALLAINE & FORD P.C.
120 Broadway, 27th Floor
New York, NY 10271-0079

SEDGWICK, DETERT, MORAN & ARNOLD, LLP
125 Broad Street
New York, NY 10271

GALLAGHER, WALKER, BIANCO & PLASTARAS, ESQ.
98 Willis Avenue
Mineola, New York 11501
Attention: Robert J. Walker, Esq.

at the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Selina Hughes

Sworn to before me this
4th day of September, 2007

Notary Public

VALERIE E. PALMER
Notary Public, State of New York
No. 01PA5050729
Qualified in Bronx County
Commission Expires Oct. 16, 2009

2880329.1