UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

NATIONAL RAILROAD PASSENGER CORP.,                    Case No. 07 CV 6288

Plaintiff,

-against-

T.C. JOHNSON COMPANY, TRANSPORTATION
RESOURCES INC., MITCHELL EQUIPMENT
CORPORATION, TEREX CORPORATION, KOEHRING
CRANES, INC. d/b/a TEREX CRANES WAVERLY, and
TEREX CRANES, INC.,

Defendants.

-------------------------------------------------------------------- X

**DEFENDANT MITCHELL
EQUIPMENT
CORPORATION's ANSWER
TO CROSS-CLAIM
OF TEREX CORPORATION,
KOEHRING CRANES, INC.
D/B/A TEREX CRANES
WAVERLY AND TEREX
CRANES, INC.**

Defendant, MITCHELL EQUIPMENT CORPORATION, by and through its attorneys
Wilson, Elser, Moskowitz, Edelman & Dicker LLP, as and for its Answer to the Cross Claim,
alleges upon information and belief as follows:

1.    MITCHELL EQUIPMENT CORPORATION denies each and every allegation
contained in the cross claim of TEREX CORPORATION, KOEHRING CRANES, INC. D/B/A
TEREX CRANES WAVERLY AND TEREX CRANES, INC alleged as against MITCHELL
EQUIPMENT CORP. and respectfully refers all questions of law to this Honorable Court.

2935233.1

**WHEREFORE**, the defendant, MITCHELL EQUIPMENT CORPORATION, demands

judgment dismissing the cross claim of TEREX CORPORATION, KOEHRING CRANES, INC.

D/B/A TEREX CRANES WAVERLY AND TEREX CRANES, INC together with attorneys'

fees, costs and disbursements of this action.

Dated:     New York, New York
           September 4, 2007

                                        Yours, etc.

                              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                              By:  _____
                                   Margaret M. Murphy (MM7529)
                                   Attorneys for Defendant
                                   MITCHELL EQUIPMENT
                                   CORPORATION
                                   150 East 42nd Street
                                   New York, New York 10017-5639
                                   (212) 490-3000
                                   File No.  06294.00238

TO:

LANDMAN CORSI BALLAINE & FORD P.C.
120 Broadway, 27th Floor
New York, NY 10271-0079

SEDGWICK, DETERT, MORAN & ARNOLD, LLP
125 Broad Street
New York, NY 10271

GALLAGHER, WALKER, BIANCO & PLASTARAS, ESQ.
98 Willis Avenue
Mineola, New York 11501

2935233.1

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK** )
                          ) ss.:
**COUNTY OF NEW YORK** )

Selina Hughes, being duly sworn, deposes, and says: that deponent is not a party to the action, is over 18 years of age and resides in New York County.

That on the 4th day of September, 2007 deponent served the within ***DEFENDANT MITCHELL EQUIPMENT CORPORATION's ANSWER TO CROSS-CLAIM OF TEREX CORPORATION, KOEHRING CRANES, INC. D/B/A TEREX CRANES WAVERLY AND TEREX CRANES, INC.*** upon:

       LANDMAN CORSI BALLAINE & FORD P.C.
       120 Broadway, 27th Floor
       New York, NY 10271-0079

       SEDGWICK, DETERT, MORAN & ARNOLD, LLP
       125 Broad Street
       New York, NY 10271

       GALLAGHER, WALKER, BIANCO & PLASTARAS, ESQ.
       98 Willis Avenue
       Mineola, New York 11501
       Attention: Robert J. Walker, Esq.

at the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_Selina Hughes_
                                   Selina Hughes

Sworn to before me this
4th day of September, 2007

_Valerie E. Palmer_
Notary Public

VALERIE E. PALMER
Notary Public, State of New York
No. 01PA5050729
Qualified in Bronx County
Commission Expires Oct. 16, 2009

2880329.1