# LANDMAN CORSI BALLAINE & FORD P.C.
### A NEW YORK PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

RONALD E. JOSEPH
MEMBER

TEL: (212) 238-4800
EMAIL: rjoseph@lcbf.com

120 BROADWAY
27TH FLOOR
NEW YORK, NY 10271-0079
TELEPHONE (212) 238-4800
FACSIMILE (212) 238-4848
www.lcbf.com

One Gateway Center
Newark, NJ 07102
Tel: (973) 623-2700

2133 Arch Street
Philadelphia, PA 19103
Tel: (215) 561-8540

September 21, 2007

*This case is consolidated for all pre-trial purposes with (Eva) Lo v. National Railroad Passenger Corp.; 04 Civ. 5760.*

SO ORDERED:  DATE: 10/17/2007
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

<u>Via Facsimile</u>

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    National Railroad Passenger Corporation v. T.C. Johnson, et al.
           Index No.:    07 CV 06288 (PAC)(GWG)
           Our File No.:    0148-1838

Dear Magistrate Judge Gorenstein:

        This will confirm my telephone conversation of September 20, 2007 with your law clerk. He asked whether we wanted the T.C. Johnson matter consolidated with the other actions arising out of this incident. I advised him that we would like the case treated as a related case and consolidated for the purposes of discovery. I further advised him that it was my understanding that the other cases had *not* been consolidated for the purposes of trial and that the parties had not yet fully discussed how to proceed with trial.

        Your law clerk also asked me whether we desire an initial discovery conference in the <u>T.C. Johnson</u> matter. I advised him that I would confer with the relevant parties next week and advise you of the group decision.

                                            Respectfully submitted,

                                            Ronald E. Joseph (RJ 9302)

REJ/dsh

448490.1 DocsNY