# GALLAGHER, WALKER, BIANCO & PLASTARAS

ATTORNEYS AT LAW

98 WILLIS AVENUE

MINEOLA, NEW YORK 11501

Telephone (516) 248-2002 • Facsimile (516) 248-2394

GERARD M. GALLAGHER
ROBERT J. WALKER
DOMINIC P. BIANCO
THOMAS E. PLASTARAS
WILLIAM P. NOLAN

JOHN J. KRAMER
MICHAEL P. BIANCANELLO
ETHAN D. IRWIN
KEVIN T. McGRATH

November 14, 2007

SEDGWICK, DETERT, MORAN & ARNOLD, LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400

          Re:    National Railroad v. TC Johnson, et al
                Our File: 86-30785

Dear Counsel:

    Enclosed herewith for service upon you please find an ANSWER TO CROSS-CLAIM dated November 13, 2007 regarding the above captioned matter.

    If you should have any questions and/or comments, please do not hesitate to contact the undersigned.

               Very truly yours,

               GALLAGHER, WALKER, BIANCO
                   & PLASTARAS, ESQS.

               By_____
                 ROBERT J. WALKER

RJW/ag
Enclosures

cc:    LANDMAN CORSI BALLAINE & FORD P.C.
       120 Broadway, 27th Floor
       New York, New York 10271

       WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER, LLP
       150 East 42nd Street
       New York, New York 10017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NATIONAL RAILROAD PASSENGER CORP.,                Index #: 07civ6288

                Plaintiff,

    -against-                                                                **ANSWER TO**
                                                                                         **CROSS-CLAIM**

T.C. JOHNSON COMPANY, TRANSPORTATION
RESOURCES INC., MITCHELL EQUIPMENT CORPORATION,
TEREX CORPORATION, KOEHRING CRANES, INC. d/b/a TEREX
CRANES WAVERLY, and TEREX CRANES, INC.,

                Defendant.
------------------------------------------------------------------------X

        The defendant, **TEREX CORPORATION, TEREX CRANES, INC. and KOEHRING CRANES, INC. d/b/a TEREX CRANES-WAVERLY OPERATIONS** s/h/a **TEREX CORPORATION, KOEHRING CRANES, INC. d/b/a TEREX CRANES WAVERLY and TEREX CRANES, INC.**, by their attorneys, GALLAGHER, WALKER, BIANCO & PLASTARAS, ESQS., answering the Cross-Claim of the defendant, TRANSPORTATION RESOURCES INC., herein:

### ANSWERING EACH AND EVERY CAUSE OF ACTION OF THE CROSS CLAIM

        **FIRST:**    Denies each and every allegation contained in paragraph numbered "299", "300" of the Cross Claim insofar as the same are alleged as to this answering defendant.

WHEREFORE, the defendant, **TEREX CORPORATION, TEREX CRANES, INC. and KOEHRING CRANES, INC. d/b/a TEREX CRANES-WAVERLY OPERATIONS s/h/a TEREX CORPORATION, KOEHRING CRANES, INC. d/b/a TEREX CRANES WAVERLY and TEREX CRANES, INC.**, demands judgment against the defendant dismissing the Cross-Claims herein, together with costs and disbursements of this action.

Dated: Mineola, New York
November 13, 2007

GALLAGHER, WALKER, BIANCO
& PLASTARAS, ESQS.

By_____
ROBERT J. WALKER (RW5403)
Attorneys for Defendants
TEREX CORPORATION, TEREX CRANES, INC.
and KOEHRING CRANES, INC. d/b/a TEREX
CRANES-WAVERLY OPERATIONS s/h/a TEREX
CORPORATION, KOEHRING CRANES, INC. d/b/a
TEREX CRANES WAVERLY and TEREX
CRANES, INC.
98 Willis Avenue
Mineola, New York 11501
(516) 248-2002

TO: SEDGWICK, DETERT, MORAN & ARNOLD, LLP
Attorneys for Defendant
TRANSPORTATION RESOURCES, INC.
125 Broad Street, 39th Floor
New York, New York 10004-2400
(212) 422-0202

LANDMAN CORSI BALLAINE & FORD P.C.
Attorney for Plaintiff
120 Broadway, 27th Floor
New York, New York 10271
(212) 238-4800

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
Attorneys for Defendant
MITCHELL EQUIPMENT CORPORATION
150 East 42nd Street
New York, New York 10017
(212) 490-3000

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK)
COUNTY OF NASSAU) ss.:

      I, **ANITA GRIESSER**, being sworn, say: I am not a party to the action, am over 18 years of age and reside at Bethpage, New York.

      On November 14, 2007, I served the within **ANSWER TO CROSS-CLAIM** dated November 13, 2007 by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

    **SEDGWICK, DETERT, MORAN & ARNOLD, LLP**
    125 Broad Street, 39th Floor
    New York, New York 10004-2400

    **LANDMAN CORSI BALLAINE & FORD P.C.**
    120 Broadway, 27th Floor
    New York, New York 10271

    **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**
    150 East 42nd Street
    New York, New York 10017

                                             _____
                                                       ANITA GRIESSER

Sworn to before me this
14th day of November, 2007

_____
Notary Public

                HELEN A. SMITH
      Notary Public, State of New York
            No. 01SM5038834
        Qualified in Nassau County
      Commission Expires Feb. 6, 2011

Index No. 07 CIV 6288    Year

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL RAILROAD PASSENGER CORP.,

Plaintiff,

-against-

T.C. JOHNSON COMPANY, TRANSPORTATION RESOURCES, INC., MITCHELL EQUIPMENT CORPORATION, TEREX CORPORATION, KOEHRING CRANES, INC. d/b/a TEREX CRANES WAVERLY and TEREX CRANES, INC.,

Defendants.

ANSWER TO CROSS-CLAIM dated November 13, 2007

**GALLAGHER, WALKER, BIANCO & PLASTARAS**

Attorneys for

98 WILLIS AVENUE
MINEOLA, NEW YORK 11501
(516) 248-2002
(516) 248-2394 (FAX)

Dated,

Service of a copy of the within                is hereby admitted.

Dated,

Attorney(s) for

To

Attorney(s) for

---

PLEASE TAKE NOTICE

☐ that the within is a (certified) true copy of a entered in the office of the clerk of the within named Court on

☐ that an Order of which the within is a true copy will be presented for settlement to the Honorable                one of the judges of the within named Court, at                                            on                , at

Dated:

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated: _____
              Print signer's name

**GALLAGHER, WALKER, BIANCO & PLASTARAS**

Attorneys for

98 WILLIS AVENUE
MINEOLA, NEW YORK 11501
(516) 248-2002

To

Attorney(s) for